GREGORY D. RUEB, ESQ.
RUEB & MOTTA, A Professional Law Corporation
1401 Willow Pass Road, Suite 880
Concord, CA 94520
Telephone: 925-602-3400
Facsimile: 925-602-0622

Attorneys for Plaintiff HENRY HANSEN,
INDIVIDUALLY AND AS PERSONAL
REPRESENTATIVE OF THE
ESTATE OF LOIS M. HANSEN, Dec'd

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HENRY HANSEN, individually and as the Personal Representative of the Estate of Lois M. Hansen, Deceased,<br><br>               Plaintiff,<br><br>vs.<br><br>SUNRISE ASSISTED LIVING INVESTMENTS, INC., et al.<br><br>               Defendants. | No. C 05-03164 JCS<br><br>ORDER GRANTING<br><br>**REQUEST FOR DISMISSAL** |

Pursuant to a stipulation entered into between Plaintiff Henry Hansen, individually and as the Personal Representative of the Estate of Lois Hansen, and Defendants Sunrise Senior Living, Inc., Sunrise Assisted Living Investments, Inc., Sunrise Senior Living Investments, Inc., Sunrise Senior Living Management, Inc., Sunrise Senior Living Services, Inc., MSH/Walnut Creek Operating, LLC, and Metropolitan/Walnut Creek Senior Housing, LLC,

RUEB & MOTTA
A PROF. LAW CORP.
METROPLEX OFFICE CENTRE
1401 WILLOW PASS ROAD
SUITE 880
CONCORD, CA 94520
(925) 602-3400
FAX (925) 602-0622

1.

REQUEST FOR DISMISSAL No. C 05-03164 JCS

(collectively "Defendants"), Plaintiff hereby requests that the above referenced action be dismissed with prejudice as to these Defendants only, and each party shall bear its own costs and attorneys' fees.

Dated: April 11, 2006.

RUEB & MOTTA

By: _____
Gregory D. Rueb, Esq.
Attorneys for Plaintiff

Dated: April 11, 2006.

HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP

By: _____
Glenda M. Zarbock, Esq.

IT IS SO ORDERED.

Dated: April 13, 2006

_____
UNITED STATES DISTRICT JUDGE

REQUEST FOR DISMISSAL No. C 05-03164 JCS

2.